**No. 25-2823**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

**Acxel Stiven Quinteros Del Cid**

**Petitioner-Appellant,**

**v.**

**Pamela Bondi, *et. al.*,**

**Respondents-Appellees.**

**PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL**

Petitioner Acxel Stiven Quinteros Del Cid, through Counsel, moves this Court for an order dismissing this pending matter under Rule 42 of the Federal Rules of Appellate Procedure. Neither party is seeking to recover fees or costs because this matter has not progressed beyond the filing of the Notice of Appeal. Petitioner has consented to this action. Petitioner respectfully requests that the Court dismiss this matter.

Respectfully submitted,

 /s/ David L. Wilson                                    September 26, 2025
David L. Wilson, Esq.                          Date
MN Bar # 0280239
dwilson@wilsonlg.com
WILSON LAW GROUP
3019 Minnehaha Avenue
Minneapolis, MN 55406
(612) 436-7100 / (612) 436-7101 (fax)
*Attorney for Appellant*

**No. 25-2823**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

**Acxel Stiven Quinteros Del Cid**

**Petitioner,**

**v.**

**Pamela Bondi, *et. al.*,**

**Respondents.**

**CERTIFICATE OF COMPLIANCE**

I certify that this report confirms to Fed. R. App. P. 27(d)(2) for a motion produced using a proportional serif font, 14-point or larger. The length of this motion is 357 words, including all parts of Petitioner's submission. This brief was prepared using Microsoft Word 365 and scanned with Trend Micro Anti-Virus.

s/ David Wilson ____          September 26, 2025 ____
David Wilson, Esq.          Date
MN Bar # 0280239
dwilson@wilsonlg.com
WILSON LAW GROUP
3019 Minnehaha Avenue
Minneapolis, MN 55406
(612) 436-7100 / (612) 436-7101 (fax)

**No. 25-2823**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**Acxel Stiven Quinteros Del Cid**

**Petitioner,**

**v.**

**Pamela Bondi, *et. al.*,**

**Respondents.**

## CERTIFICATE OF SERVICE

I certify that on September 26, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ David Wilson                              September 26, 2025
David Wilson, Esq.                               Date
MN Bar # 0280239
dwilson@wilsonlg.com
WILSON LAW GROUP
3019 Minnehaha Avenue
Minneapolis, MN 55406
(612) 436-7100 / (612) 436-7101 (fax)